| **Information to identify the case:** | |
|---|---|
| Debtor 1   **Karl Irvin Buckman**<br>            First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6890**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Southern District of Illinois**<br>Case number:   **16–30266–lkg** | Date case filed for chapter   **7**   **2/29/16** |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Karl Irvin Buckman | |
| 2. | **All other names used in the last 8 years** | fdba Zick Restaurant Group Inc, fdba Subliminal Restaurant Group Inc, fdba MCG Restaurant Group Inc, fdba BEP LLC, fdba PPB LLC | |
| 3. | **Address** | 320 N. Library Street<br>Waterloo, IL 62298 | |
| 4. | **Debtor's attorney**<br>Name and address | William A Mueller – Mueller Associates<br>5312 W Main<br>Belleville, IL 62226 | Contact phone (618) 236–7000<br>Email: belleville@tbcwam.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Donald M. Samson<br>Chapter 7 Trustee<br>226 W Main St<br>Suite 102<br>Belleville, IL 62220 | Contact phone (618) 235–2226<br>Email: dnldsamson@gmail.com |

**For more information, see page 2 >**

Debtor **Karl Irvin Buckman**                                                                                        Case number **16–30266–lkg**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 750 Missouri Ave<br>East St Louis, IL 62201 | Hours open 8AM – 4:30PM<br>Monday thru Friday<br>Contact phone (618) 482–9400<br><br>Date: 3/1/16 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 22, 2016 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**US Trustee 341 Meeting Rm, Ground Floor Federal Building, 650 Missouri Ave, East St. Louis, IL 62201** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/21/16** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                        page **2**

```
                            United States Bankruptcy Court
                             Southern District of Illinois
In re:                                                                  Case No. 16-30266-lkg
Karl Irvin Buckman                                                      Chapter 7
       Debtor                       CERTIFICATE OF NOTICE
District/off: 0754-3           User: nm                     Page 1 of 2                    Date Rcvd: Mar 01, 2016
                               Form ID: 309A                Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2016.
db            +Karl Irvin Buckman,    320 N. Library Street,    Waterloo, IL 62298-1123
3688324       +Ballas Anesthesia Inc.,    c/o National Healthcare Coll.,    700 Spirit of St. Louis Blvd. Ste B,
                Chesterfield, MO 63005-1025
3688325       +Barry Shapiro,   3234 Bluebird Circle,    Simi Valley, CA 93063-5704
3688326       +BlueLand, LLC,   c/o John Geismann,    P.O.Box 321,    Highland, IL 62249-0321
3688328       +Central Finance Control,    PO BOx 660873,   Dallas, TX 75266-0873
3688329       +Citibank NA,   c/o Midland Funding LLC,    2365 Northside Drive, Ste. 300,
                San Diego, CA 92108-2709
3688330       +D & G Restaraunt Supply,    c/o Richard James & Assoc,    4317 Northeast Thurston Way,   Ste 270,
                Vancouver, WA 98662-6673
3688331       +First National Bank of Waterloo,    228 S Main,    PO Box 507,    Waterloo, IL 62298-0507
3688332       +GC Services,   PO Box 3488,    Jefferson City, MO 65102-3488
3688333       +GE Capital,   c/o Midland Funding LLC,    2365 Northside Drive, Ste. 300,
                San Diego, CA 92108-2709
3688335       +Midland Funding LLC,    2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
3688337       +Midland Funding, LLC,    c/o Kevin Mortell,   1821 Walden Office Square, Ste 400,
                Schaumburg, IL 60173-4273
3688339        Missouri Baptist Medical Center,    c/o One Advantage LLC,    7650 Magna Dr.,
                Belleville, IL 62223-3366
3688340        Missouri Department of Labor & Ind,    Division of Employment Security,   PO Box 59,
                Jefferson City, MO 65104-0059
3688342       +National Helathcare Coll.,    700 Spirit of St. Louis Blvd Ste B,    Chesterfield, MO 63005-1025
3688344       +Ocwen,   PO Box 24646,    West Palm Beach, FL 33416-4646
3688347       +St. Louis University Hospital,    c/o Central Finance Control,    PO Box 660873,
                Dallas, TX 75266-0873
3688348       +State Farm IL,   c/o Stuart Allan & Assoc.,     5447 E. 5th Street, Ste 110,
                Tucson, AZ 85711-2345
3688349       +Stuart Allan & Assoc.,    5447 E. 5th St., Ste. 110,    Tucson, AZ 85711-2345
3688351       +US Foods,   c/o Mark Brueggemann,    2011 Mall Street, Ste. B,    Collinsville, IL 62234-1884

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: belleville@tbcwam.com Mar 01 2016 18:05:20
                William A Mueller - Mueller Associates,    5312 W Main,    Belleville, IL  62226
tr            +EDI: BDMSAMSON.COM Mar 01 2016 18:08:00      Donald M. Samson,    Chapter 7 Trustee,
                226  W Main St,    Suite 102,   Belleville, IL 62220-1504
ust            E-mail/Text: ustpregion10.pe.ecf@usdoj.gov Mar 01 2016 18:05:39     United States Trustee,
                Becker Bldg, Room 1100,    401 Main St,    Peoria, IL 61602-1267
3688323       +E-mail/Text: jhill@arc1.biz Mar 01 2016 18:05:44      Account Resolution Corp,   700 Goddard Ave,
                Chesterfield, MO 63005-1100
3688327       +EDI: CALTAX.COM Mar 01 2016 18:08:00      California Department of Revenue,    PO Box 942840,
                Sacramento, CA 94240-0001
3688334        EDI: RMSC.COM Mar 01 2016 18:08:00      JC Penney/Synchrony Bank,    PO Box 965007,
                Orlando, FL 32896-5007
3688338       +E-mail/Text: jhill@arc1.biz Mar 01 2016 18:05:44      Midwest Therapeutic Endoscopy,
                c/o Account Resolution Corp.,    700 Goddard Avenue,    Chesterfield, MO 63005-1100
3688341       +E-mail/Text: ecfnotices@dor.mo.gov Mar 01 2016 18:05:28      Missouri Department of Revenue,
                PO Box 3375,   Jefferson City, MO 65102-3375
3688343       +EDI: NAVIENTFKASMSERV.COM Mar 01 2016 18:08:00      Navient,    PO Box 9500,
                Wilkes Barre, PA 18773-9500
3688345        EDI: SEARS.COM Mar 01 2016 18:08:00      Sears Credit Cards,    PO Box 183082,
                Columbus, OH 43218-3082
3688346       +E-mail/Text: bankruptcy@senexco.com Mar 01 2016 18:05:26      St. Anthony's Medical Center,
                c/o Senex Services,    3333 Founders Road, 2nd floor,    Indianapolis, IN 46268-4933
3688350        E-mail/Text: pauline.burt@timepaymentcorp.com Mar 01 2016 18:05:46      Time Payment Corp.,
                PO Box 3069,   Woburn, MA 01888-1969
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3688336*      +Midland Funding LLC,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0754-3          User: nm                 Page 2 of 2             Date Rcvd: Mar 01, 2016
                              Form ID: 309A            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2016                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 29, 2016 at the address(es) listed below:
              Donald M. Samson    dnldsamson@gmail.com, Il17@ecfcbis.com
              United States Trustee    USTPRegion10.es.ecf@usdoj.gov
              William A Mueller -  Mueller Associates    on behalf of Debtor Karl Irvin Buckman
               belleville@tbcwam.com, tbcbackup@yahoo.com
                                                                                         TOTAL: 3
```